EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Para derogar el Artículo 13.9, Procedimiento Especial de Reclutamiento y Designación para los Puestos en las Clases Secretarias Auxiliares del Tribunal I y Alguaciles Auxiliares de Selección del Reglamento de la Administración del Sistema de Personal de la Rama Judicial | 2004 TSPR 116  162 DPR ____ |

Número del Caso: ER-2004-9

Fecha: 30 de junio de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

| | |
|---|---|
| **Para derogar el Artículo 13.9, Procedimiento Especial de Reclutamiento y Designación para los Puestos en las Clases Secretarias Auxiliares del Tribunal I y Alguaciles Auxiliares de Selección del Reglamento de la Administración del Sistema de Personal de la Rama Judicial** | **ER-2004-9** |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 30 de junio de 2004.

En el periodo comprendido desde el año fiscal 1998-1999 hasta el año fiscal 2000-2001, la Rama Judicial se vio precisada a congelar los puestos vacantes y los que quedaran vacantes debido a la difícil situación presupuestaria que enfrentaba. En julio de 2001, la Rama Judicial tenía aproximadamente 112 puestos vacantes de la clase Alguacil Auxiliar y 113 de la clase Secretaria Auxiliar del Tribunal I.

Con el propósito de agilizar el proceso de reclutamiento de los candidatos para los 225 puestos antes indicados, se instituyó un procedimiento especial de reclutamiento lo suficientemente ágil y eficiente a fin de atender con prontitud las necesidades de recursos humanos en las áreas esenciales de las Secretarías y los Alguacilazgos. Este procedimiento especial eliminó el proceso de entrevistas de los candidatos para acelerar el nombramiento de los candidatos elegibles.

La necesidad de reclutamiento en las áreas de las Secretarías y los Alguacilazgos ha vuelto a la normalidad y no es necesario recurrir a este procedimiento especial de reclutamiento. Además, el proceso de entrevista es un recurso muy útil para que los supervisores seleccionen los candidatos idóneos para los puestos.

Por las razones antes aludidas, se deroga el Artículo 13.9 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo